**In the Matter of Donald CANZONERI, Appellant**

v.

**STATE of Missouri, Respondent.**

**No. WD 63290.**

Missouri Court of Appeals, Western District.

Sept. 14, 2004.

Irene C. Karns, Columbia, MO, for appellant.

Daniel N. McPherson, Assistant Attorney General, Jefferson City, MO, for respondent.

Before HOWARD, P.J., BRECKENRIDGE and ULRICH, JJ.

## ORDER

PER CURIAM.

Donald Canzoneri appeals the trial court's judgment denying his application for conditional release from the Department of Mental Health under section 552.040, RSMo 2000. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).